THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BE LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYNOLOGY AMERICA, CORP., <br><br> Defendant. | No. 2:19-cv-01707-RSM <br><br> **STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR SYNOLOGY AMERICA CORP. TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that the deadline for Defendant Synology America, Corp. to answer or otherwise respond to the Complaint in this suit shall be extended through and including February 20, 2020.

During the last thirty (30) days, the Parties have been working on a settlement agreement that resolves this case. The purpose of this extension is to allow the Parties time to finalize the settlement agreement. Thus, the requested extension will conserve the Court's and the Parties' resources.

The Parties respectfully request the Court to allow Defendant's time to respond to the Complaint be extended another thirty (30) days, up to and including February 20, 2020.

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME
(2:19-cv-01707-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| Dated: January 21, 2020 | |
| */s/ Stevan R. Stark* | */s/ Philip P. Mann* |
| Stevan R. Stark, WSBA No. 39639 | Philip P. Mann, WSBA No. 28860 |
| PERKINS COIE LLP | MANN LAW GROUP PLLC |
| 1201 Third Avenue, Suite 4900 | 107 Spring St. |
| Seattle, WA 98101 | Seattle, WA 98104 |
| Phone: 206-359-8000 | Phone: 206-436-0900 |
| Fax: 206-359-9000 | Fax: 866-341-5140 |
| Email: SStark@perkinscoie.com | Email: phil@mannlawgroup.com |
| *Counsel for Defendant Synology America, Corp.* | *Counsel for Plaintiff BE Labs, Inc.* |

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME
(2:19-cv-01707-RSM) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant Synology America Corp. to answer or otherwise respond to Plaintiff's Complaint shall be extended to February 20, 2020.

DATED this 22 day of January, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| */s/ Stevan R. Stark* | */s/ Philip P. Mann* |
| Stevan R. Stark, WSBA No. 39639 | Philip P. Mann, WSBA No. 28860 |
| PERKINS COIE LLP | MANN LAW GROUP PLLC |
| 1201 Third Avenue, Suite 4900 | 107 Spring St. |
| Seattle, WA 98101 | Seattle, WA 98104 |
| Phone: 206-359-8000 | Phone: 206-436-0900 |
| Fax: 206-359-9000 | Fax: 866-341-5140 |
| Email: SStark@perkinscoie.com | Email: phil@mannlawgroup.com |
| *Counsel for Defendant Synology America, Corp.* | *Counsel for Plaintiff BE Labs, Inc.* |

ORDER RE: STIPULATED MOTION FOR
EXTENSION OF TIME
(2:19-cv-01707-RSM) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000